# In the United States District Court for the Southern District of Georgia Waycross Division

| | | |
|---|---|---|
| HARRY THOMAS WILLIAMS, | * | |
| | * | |
| Movant, | * | CIVIL ACTION NO.: 5:20-cv-83 |
| | * | |
| v. | * | |
| | * | |
| UNITED STATES OF AMERICA, | * | (Case No.: 5:14-cr-14) |
| | * | |
| Respondent. | * | |

### ORDER

The Court has conducted an independent and de novo review of the entire record and concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 6. Movant Harry Williams ("Williams") did not file Objections to this Report and Recommendation. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **GRANTS** Respondent's Motion to Dismiss, **DISMISSES** Williams' 28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct his Sentence, **DIRECTS** the Clerk of Court to **CLOSE** this case and to enter the appropriate judgment of dismissal, and **DENIES** Williams *in forma pauperis* status on appeal and a

AO 72A
(Rev. 8/82)

Certificate of Appealability.

**SO ORDERED**, this ___13___ day of ___April___, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA